No. 94–874. PAYNE *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 94–876. LENNON ET AL. *v.* ALEXANDER, EXECUTOR OF THE ESTATE OF QUADE, DECEASED. C. A. 9th Cir. Certiorari denied.

No. 94–877. SMITH *v.* FRUIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–882. KLEVE *v.* BOARD OF GREEN TOWNSHIP TRUSTEES. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 94–883. VIRGINIA STATE CORPORATION COMMISSION *v.* NATIONAL HOME INSURANCE CO. (A RISK RETENTION GROUP). Sup. Ct. Va. Certiorari denied.

No. 94–884. ZAHRAN ET AL. *v.* FRANKENMUTH MUTUAL INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 94–887. WEST *v.* COUNTY OF KERN ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 94–893. WAYCASTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–899. NIXON, ATTORNEY GENERAL OF MISSOURI *v.* LYNCH ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–900. BAYOU DES FAMILLES DEVELOPMENT CORP. ET AL. *v.* WEST JEFFERSON LEVEE DISTRICT. Sup. Ct. La. Certiorari denied.

No. 94–901. SANDLIN *v.* CORPORATE INTERIORS, INC., ET AL. Ct. App. Colo. Certiorari denied.

No. 94–912. HARRIS ET AL. *v.* DAVIDSON. C. A. 8th Cir. Certiorari denied.

No. 94–918. HAASS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–933. WILLIAMS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.